IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SEAN HAUGHEY, | ) | |
| Plaintiff(s), | ) | No. C 06-1675 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| MONTEREY COUNTY SUPERIOR COURT, | ) | |
| Defendant(s). | ) | |

    Plaintiff, a prisoner at the Monterey County Jail, has filed a pro se complaint under 42 U.S.C. § 1983 attacking the validity of a sentence imposed by the Monterey County Superior Court. Plaintiff specifically alleges that the court violated his constitutional rights when it imposed a 365-day prison term, rather than the home detention recommended by his probation officer.

    Plaintiff's action must be dismissed without prejudice because it is well-established that any claim by a prisoner that would necessarily imply the invalidity of his conviction or continuing confinement, as plaintiff's claim would here, must be brought in a habeas petition. See Nelson v. Campbell, 541 U.S. 637, 642-44 (2004); see also Calderon v. Ashmus, 523 U.S. 740, 747 (1998) (claim by a prisoner attacking the fact or duration of his confinement must be

1  brought under the habeas sections of Title 28 of the United States Code).  And
2  for essentially the same reasons, a claim for damages would have to be dismissed
3  without prejudice as well.  See Heck v. Humphrey, 512 U.S. 477, 486-487 (1994)
4  (claim for damages for unlawful incarceration or sentence is not cognizable under
5  § 1983 until the conviction or sentence at issue is invalidated).

6       For the foregoing reasons, plaintiff's request to proceed in forma pauperis
7  is DENIED and the complaint is DISMISSED without prejudice under the
8  authority of 28 U.S.C. § 1915A(b).

9       The clerk shall enter judgment in accordance with this order, terminate all
10  pending motions as moot, and close the file.  No fee is due.

11  SO ORDERED.

12  DATED: March 6, 2006

                              CHARLES R. BREYER
13                                United States District Judge

28                  2